IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 8:07CR443 |
| vs. ) | |
| ) | ORDER |
| THOMAS CARR, ) | |
| DOUGLAS CROSS and ) | |
| LINDA HERNANDEZ, ) | |
| ) | |
| Defendants. ) | |

This matter is before the court on the motion of defendant, Douglas Cross, for a second extension of time in which to file pretrial motions [23]. For good cause shown,

**IT IS ORDERED** that the motion [23] is granted, as follows:

1.    The deadline for filing pretrial motions is extended to **October 10, 2008** <u>as to all defendants</u>.

2.    In accordance with <u>18 U.S.C. § 3161</u>(h)(8)(A), the court finds that the ends of justice will be served by granting this motion and outweigh the interests of the public and the defendant in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **September 26, 2008 and October 10, 2008**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason that counsel require additional time to adequately prepare the case, taking into consideration due diligence of counsel and the novelty and complexity of this case.  The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

**DATED September 29, 2008.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**