IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:08CR323** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **THOMAS CARR, DOUGLAS CROSS,** | ) | |
| and **LINDA HERNANDEZ,** | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on the request for transcript by a nonparty (Filing No. 89) filed by attorney Deborah A. Sanwick.

IT IS ORDERED that the request for transcript by a nonparty (Filing No. 89) filed by attorney Deborah A. Sanwick is granted.

DATED this 6th day of April, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge